# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 02-409 (1) (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| Ronald Williams, | |
| Defendant. | |

---

Pursuant to the Court's October 14, 2011 Order (Doc. No. 183) denying Defendant's Section 2255 Motion, **IT IS ORDERED** that the Clerk of Court **ENTER JUDGMENT** in the above-captioned matter.

Dated: October 17, 2011

                                                    s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge